**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| BRANDY SMITH, on behalf of herself and all others similarly situated,<br>  *Plaintiff,*<br><br>v.<br><br>GENERAL MOTORS LLC,<br>  *Defendant.* | § § § § § § § § § | CIVIL ACTION NO. 9:20-CV-101<br><br>JUDGE RON CLARK |

## ORDER DISMISSING CASE WITH AND WITHOUT PREJUDICE

Before the court is Plaintiff's Agreed Stipulation for Dismissal. (Dkt. #11). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties seek a dismissal with prejudice as to Plaintiff Brandy Smith and without prejudice as to all members of the alleged putative class. The court is of the opinion that it should grant this motion.

**IT IS ORDERED** that in accordance with the parties' joint stipulation, all claims asserted herein are **DISMISSED** with prejudice as to Plaintiff Brandy Smith and without prejudice as to all members of the alleged putative class and with costs to be borne by the party incurring the same. Accordingly, all remaining deadlines, trial settings, and pending motions are **TERMINATED.** This case is **CLOSED**, and this constitutes a final judgment for appeal purposes.

So ORDERED and SIGNED, Aug 20, 2020.

Ron Clark
Senior Judge